**2003–0860. State ex rel. Petro v. R.J. Reynolds Tobacco Co.**
Franklin App. No. 02AP–591, 152 Ohio App.3d 345, 2003-Ohio-1654, 787 N.E.2d 717. On motion for admission pro hac vice of Timothy P. Keating by Susan C. Walker, and on motion for admission pro hac vice of amici curiae State Attorneys General et al. by Susan C. Walker. Motions granted.

**2003–1887. State v. Roux.**
Belmont App. No. 02BA11, 154 Ohio App.3d 296, 2003-Ohio-4876, 797 N.E.2d 112. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–1886, *State v. Roux*, Belmont App. No. 02BA11, 154 Ohio App.3d 296, 2003-Ohio-4876, 797 N.E.2d 112; causes held for the decision in 2003–1048 and 2003–1049, *State v. White*, Guernsey App. No. 02CA23, 2003-Ohio-2289; and briefing schedule stayed.
 F.E. Sweeney, J., dissents.

**2003–2039. State ex rel. Heddleson v. Bradshaw.**
In Habeas Corpus. On motion for stay pending decision in 2003–0392 and 2003–0560, *Pratts v. Hurley*, Ross App. No. 02CA2674, 2003-Ohio-864. Motion granted and cause held for the decision in *Pratts v. Hurley*.

**2003–2042. State v. Gibson.**
Highland App. No. 03CA1, 2003-Ohio-4910. On motion for leave to file delayed appeal. Motion granted.
 Resnick, F.E. Sweeney and O'Connor, JJ., dissent.

**2003–2052. State v. Paynter.**
Muskingum App. No. CT20030014, 2003-Ohio-5367. On motion for leave to file delayed appeal. Motion denied.
 Moyer, C.J., Pfeifer and Lundberg Stratton, JJ., dissent.

**2003–2053. State v. Goins.**
Butler App. No. CA2002–12–314. On motion for leave to file delayed appeal. Motion denied.
 Pfeifer, J., dissents.

**2003–2071. State v. Maag.**
Hancock App. No. 5–01–49, 2002-Ohio-3953. On motion for leave to file delayed appeal. Motion denied.

**2003–2076. State v. Edwards.**
Cuyahoga App. No. 82327, 2003-Ohio-5503. On motion for appeal bond and/or motion for stay of execution of sentence. Motions denied.

**2003–2090. State v. Van Peck.**
Hamilton App. No. C–020182. On motion for stay of court of appeals' judgment. Motion denied.

**2003–2094. State v. Thompson.**
Jefferson App. No. 97JE40, 2003-Ohio-1607. On motion for leave to file delayed appeal. Motion denied.

**2003–2102. Cincinnati Metro. Hous. Auth. v. Morgan.**
Hamilton App. No. C–030078, 155 Ohio App.3d 189, 2003-Ohio-5671, 800 N.E.2d 64. On motion for stay of court of appeals' judgment. Motion denied.

**2003–2103. State v. Kuhn.**
Lucas App. No. L–02–1141, 2003-Ohio-3099. On motion for leave to file delayed appeal. Motion denied.

**2003–2109. State v. Cross.**
Franklin App. No. 03AP–597. On motion for leave to file delayed appeal. Motion denied.
 Pfeifer, J., dissents.

**2003–2116. Carnes v. Kemp.**
Auglaize App. No. 2–03–10, 2003-Ohio-5884. On amended motion for stay of court of appeals' judgment. Amended motion denied.
 Moyer, C.J., and Resnick, J., dissent.